IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| UTEX COMMUNICATIONS CORP. | § | CASE NO. 10-10599-cag |
| dba FEATUREGROUP IP | § | |
| | § | Chapter 11 |
| Debtor | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
COMBINED WITH REQUEST FOR NOTICES PURSUANT TO
BANKRUPTCY RULE 2002(a) AND (b) AND PLEADINGS
PURSUANT TO BANKRUPTCY RULE 3016 AND 3017 (a)**

MAIN STREET MEZZANINE FUND, LP ("Main Street"), creditor and party in interest in the above entitled and numbered cause, hereby request that all notices given or required to be given in this case, be given to and served upon Main Street, at the following address and manner:

> Edward L. Rothberg
> Hoover Slovacek LLP
> 5847 San Felipe, Suite 2200
> Houston, Texas 77057
> Telephone: 713-977-8686
> Facsimile: 713-977-5395
> Email: rothberg@hooverslovacek.com

This request includes all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Bankruptcy Code or in Rules 2002, 3016, 3017(a) or 9007 of the Bankruptcy Rules including without limitation notice of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this court in this case, whether formal or informal, whether written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: March 12, 2010.

        Respectfully submitted,

        HOOVER SLOVACEK LLP

          /s/ *Edward L. Rothberg*
By: _____
        EDWARD L. ROTHBERG
        State Bar No. 17313990, Fed. I.D. No. 2780
        5847 San Felipe, Suite 2200
        Houston, Texas 77057
        Telephone: 713-977-8686
        Facsimile: 713-977-5395
ATTORNEYS FOR MAIN STREET

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice has been served via ECF to all parties requesting notice and by first class regular mail, postage prepaid, to counsel for the Debtor as follows:

    Patricia Baron Tomasco
    Munch Hardt Kopf & Harr, P.C.
    600 Congress Avenue, Suite 2900
    Austin, Texas 78701-3057

        /s/ *Edward L. Rothberg*
        _____
        EDWARD L. ROTHBERG

661929-1