**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| UTEX COMMUNICATIONS CORP., | § | |
| | § | CASE NO. 10-10599-CAG |
| Debtor-in-Possession. | § | |
| EIN: 74-2954329 | § | |

**AMENDED NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT AND AMENDED NOTICE OF OPPORTUNITY FOR OBJECTION TO THE DEBTOR'S DISCLOSURE STATEMENT**

This is to serve as an Amended Notice that the hearing on the following matter:

*Disclosure Statement Filed by Debtor on July 1, 2010* (Doc #134) (the "Disclosure Statement")

previously scheduled for August 9, 2010, at 1:30 p.m. has been reset by the Court for the following date:

      DATE:        August 23, 2010

      TIME:        1:30 p.m.

      LOCATION:    U.S. Bankruptcy Court
                        Homer Thornberry Judicial Building
                        Courtroom #1
                        903 San Jacinto Blvd., Third Floor
                        Austin, Texas 78701

This is also to serve as notice that creditors and parties in interest now have until **August 13, 2010**, to file any objection to the Disclosure Statement.

The *Order Granting Continuance of Hearing on and Deadlines Relating to Debtor's Disclosure Statement* is attached hereto.

Respectfully submitted,

MARTINEC, WINN, VICKERS & MCELROY, P.C.
600 Congress Avenue, Suite 500
Austin, TX 78701-2957
(512) 476-0750/FAX (512) 476-0753
martinec@mwvmlaw.com


By:   /s/ Joseph D. Martinec
      Joseph D. Martinec
      State Bar No. 13137500
ATTORNEYS FOR DEBTOR-IN-POSSESSION

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *Notice* was sent to the creditors and parties in interest listed on the attachment by first class mail, postage prepaid, or by facsimile transmission if so indicated, as well as through the Court's CM/ECF Noticing System on the 12th day of July, 2010, and to the following:

UTEX Communications Corp.
1250 S. Capital of Texas Hwy.
Bldg. 2, Suite 235
Austin, TX 78746

U. S. Trustee
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

/s/ Joseph D. Martinec
Joseph D. Martinec

**Continued hearing shall be held on 8/23/2010 at 01:30 PM in Austin Courtroom 1. Movant is responsible for notice.**

**The deadline to object to the Disclosure Statement is extended to August 13, 2010.**



# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

**Dated: July 12, 2010**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| UTEX COMMUNICATIONS CORP., | § | |
| | § | CASE NO. 10-10599-cag |
| Debtor-in-Possession. | § | |

### ORDER GRANTING CONTINUANCE OF HEARING ON AND DEADLINES RELATING TO DEBTOR'S DISCLOSURE STATEMENT

CAME ON for consideration the *Motion for Continuance of Hearing on and Deadlines Relating to Debtor's Disclosure Statement* filed by UTEX COMMUNICATIONS CORP. The Court is of the opinion that the same should be GRANTED.

**IT IS, THEREFORE, ORDERED** that the hearing on Debtor's *Disclosure Statement* scheduled for August 9, 2010, at 1:30 p.m. is continued to the date indicated above. It is further

**ORDERED** that the deadline for filing objections to the Debtor's *Disclosure Statement*, which deadline is presently July 30, 2010, is reset to the date indicated above.

# # #

Order prepared by/Please send copy of signed order to:

Joseph D. Martinec
Martinec, Winn, Vickers & McElroy, P.C.
600 Congress Avenue, Suite 500
Austin, TX 78701
(512) 476-0750/FAX (512) 476-0753
martinec@mwvmlaw.com

IN RE: UTEX COMMUNICATIONS CORP., CH. 11 NO. 10-10599-CAG
FILED: 3/3/2010    JDM/bw

Matrix – All Creditors List  (7/7/2010)

UTEX Communications Corp.
1250 S. Capital of Texas Hwy.
Bldg. 2, Suite 235
Austin, TX 78746-6186

U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

**Creditors**

Alpheus Communications LP
1301 Fannin, 20th Floor
Houston, TX 77002

AT&T Tex (Southwestern Bell Tel Co d/b/a)
c/o James W. Grudus, Esq.
AT&T Services Inc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921

Brown McCarroll, LLP
Attn: Rhonda Mates
111 Congress Avenue, Suite 1400
Austin, TX 78701

Capital Area PC
c/o Texas Comptroller of Public Account
111 E. 17th Street
Austin, TX 78774

CenturyTel of Lake Dallas Inc (CenturyLink)
c/o Rex D. Rainach, APLC
3622 Government Street
Baton Rouge, LA 70806-5720

CenturyTel of San Marcos, Inc (CenturyLink)
c/o Rex D. Rainach, APLC
3622 Government Street
Baton Rouge, LA 70806-5720

City of Austin
ROW Fees
P.O. Box 1088 TARA Dept.
Austin, TX 78767

City of Dallas
911 Contract Compliance Administrator
1500 Marilla Street
Dallas, TX 75201

City of Dallas
ROW Fees
1500 Marilla Street, Rm 4F North
Dallas, TX 78501

City of Houston Franchise Administration
c/o John M. Helms, Sr Asst City Atty
P.O. Box 368
Houston, TX 77001-0368

City of Midland
ROW Fees
PO Box 1152
Midland, TX 79702

City of Odessa
ROW Fees
P.O. Box 4398
Odessa, TX 79760

CMS a/k/a Shared Technologies Inc.
P.O. Box 2888
Coppell, TX 75019

Consolidated Communications
121 S. 17th Street
Mattoon, IL 61938

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Greater Harris County 911 Emergency Network
602 Sawyer Street, Suite 710
Houston, TX 77007

Lubbock Emergency Comm. District
8200 Nashville Avenue, Suite A200
Lubbock, TX 79423-1909

Main Street Mezzanine Fund
c/o Edward L. Rothberg
Hoover Slovacek LLP
5847 San Felipe, Ste. 2200
Houston, TX 77057

Midland County Collector
P.O. Box 712
Midland, TX 79702

Midland Emergency Comm. District
1101 W. Wall Street
Midland, TX 79701

~~NECA (Interstate TRS Fund)~~
~~P.O. Box 360090~~
~~Pittsburg, PA 15251-6090~~
**RETURNED MAIL**

~~NENA~~
~~P.O. Box 634237~~
~~Cincinnati, OH 45263-4237~~
**RETURNED MAIL**

Neustar, Inc.
Loudoun Tech Center
46000 Center Oak Plaza
Sterling, VA 20166

North American Numbering Plan (NANP)
c/o Welch, LLP
P.O. Box 223231
Pittsburg, PA 15251-2231

NTS Communications, Inc.
Attn: Daniel Wheeler
5307 W. Loop 289
Lubbock, TX 79414-1610

Redwing Equipment Partners, Ltd.
1250 S. Capital of TX HWY, Bldg. 2-235
West Lake Hills, TX 78746

T3 Voicenet
601 North Marienfeld, Suite 104
Midland TX 79701

Worldcall Internet, Inc.
1250 S. Capital of TX HWY., Bldg. 2-235
Austin, TX 78746

Texas Windstream Inc.
c/o Brook Bennett Brown**
McGinnis, Lochridge & Kilgore, LLP
600 Congress Avenue, Ste. 2100
Austin, TX 78701

Southwestern Bell d/b/a AT&T
c/o James V. Hoeffner, Frank R. Monroe**
Graves Dougherty Hearing & Moody
401 Congress Avenue, Ste. 2200
Austin, TX 78701

Transaction Network Services
4501 Intelco Loop SE
Lacey, WA 98503-5941

Universal Service Administrative Co.
Attn: Stefani Watterson, Asst Gen Counsel
2000 L Street NW, Suite 200
Washington, DC 20036

Valor Telecommunications of Texas Inc.
c/o Brook Bennett Brown**
McGinnis, Lochridge & Kilgore, LLP
600 Congress Avenue, Ste. 2100
Austin, TX 78701

Wes-Tex Telephone
Attn: CABS Billing Dept.
P.O. Box 280
Stanton, TX 79782

Windstream Communications Kerrville LP
c/o Brook Bennett Brown**
McGinnis, Lochridge & Kilgore, LLP
600 Congress Avenue, Ste. 2100
Austin, TX 78701

Windstream Sugar Land, Inc.
c/o Brook Bennett Brown**
McGinnis, Lochridge & Kilgore, LLP
600 Congress Avenue, Ste. 2100
Austin, TX 78701

Worldcall, Inc.
1250 S. Capital of TX HWY., Bldg. 2-235
Austin, TX 78746

Worldcall Interconnect, Inc.
1250 S. Capital of TX HWY., Bldg. 2-235
Austin, TX 78746